# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **FAUSTINO ORTIZ-MARTINEZ,** | ) | |
| | ) | **Case No. 15-cv-01353** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Honorable John W. Darrah,** |
| | ) | **Judge Presiding** |
| **C. LAKE, INC., an Illinois corporation,** | ) | |
| **d/b/a C LAKE, INC., C-LAKE, INC. and** | ) | |
| **ROSATI'S PIZZA OF CRYSTAL LAKE,** | ) | |
| **NILOFER DAMANI, an individual, a/k/a** | ) | Magistrate Judge Susan E. Cox |
| **NELOFER DAMANI, and ASIF DAMANI,** | ) | |
| **an individual,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STIPULATION TO DISMISS

THIS MATTER COMING ON TO BE HEARD for the entry of an Order of Dismissal pursuant to Paragraph 14 of the Consent Decree entered on November 18, 2015 (CM/ECF Doc. No. 55), the Court being advised that all Monetary Relief having been paid and satisfied including payment required by Paragraphs 6-7 of the Consent Decree, and payment of the Order of Judgment for attorneys' fees entered on May 10, 2016 (CM/ECF Doc. No. 66);

IT IS HEREBY ORDERED that this matter be and is hereby dismissed with prejudice, each side to bear its own attorneys' fees and costs.

For the Plaintiff,

/s/ Timothy M. Nolan          Dated……………………………........., 2016

Timothy M. Nolan
Attorney for the Plaintiff
53 W. Jackson Blvd. #1137          ENTER_____
Chicago, IL  60604
(312) 322-1100
tnolan@nolanwagelaw.com